IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID GEVAS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|  -vs- | )   NO. 11-325-SCW |
| | ) |
| HOSKINSON, JOYCE HOSKINSON, JANE DOES | ) |
| JOHN DOES, HEATHER CECIL, and CAROL HAHN, | ) |
| | ) |
|     Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendant **HOSKINSON** was termed and renamed on May 26, 2011 by the filing of the Amended Complaint (Doc. 11).

Defendants **JANE DOES** and **JOHN DOES** were termed on May 4, 2012 by the filing of the Second Amended Complaint (Doc. 108).

The remaining Defendants **JOYCE HOSKINSON, HEATHER CECIL** and **CAROL HAHN** were granted summary judgment on June 17, 2013 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 226).

**IT IS THEREFORE ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **HOSKINSON, JOYCE HOSKINSON, JANE DOES, JOHN DOES, HEATHER CECIL, and CAROL HAHN** and against Plaintiff **DAVID GEVAS.**

Plaintiff shall take nothing from this action.

DATED this 18th  day of June, 2013

                                                    **NORBERT G. JAWORSKI, CLERK**

                                                    **BY: S/ Angela Vehlewald**
                                                                **Deputy Clerk**

**Approved by      S/ Stephen C. Williams**
                  **United States Magistrate Judge**
                         **Stephen C. Williams**